```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                         WESTERN DIVISION

                       No. 5:09-CR-75-1H
                       No. 5:16-CV-442-H
```

GREGORY D. CARUTH,                )
     Petitioner,                  )
                                  )
                                  )
     v.                           )           **ORDER**
                                  )
                                  )
UNITED STATES OF AMERICA,         )
     Respondent.                  )


This matter is before the court on petitioner's motion to vacate pursuant to 28 U.S.C. § 2255, [DE #117]. This matter was stayed pending the Fourth Circuit's resolution of United States v. Walker, 2019 WL 3756052, __ F.3d __ (4th Cir. 2019), and United States v. Simms, 914 F.3d 229 (4th Cir. 2019). [DE #139]. In light of the Supreme Court's resolution of United States v. Davis, 139 S. Ct. 2319 (2019), the stay is hereby lifted.

Petitioner is directed to file a supplement, or other appropriate filing or motion, to the § 2255 motion to vacate within twenty-one (21) days of this order. The government shall then have twenty-one (21) days to file a response, if appropriate. In the event the parties agree petitioner is entitled to § 2255

relief, they may file a joint response within twenty-one (21) days of this order, addressing the appropriate remedy in this action.

This 20th day of August 2019.

                                              Malcolm J. Howard
                                              Senior United States District Judge

At Greenville, NC
#35